DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PATRICIA PETTY,**
Appellant,

v.

**WAL-MART STORES EAST, L.P.,**
a foreign limited partnership,
Appellee.

Nos. 4D20-1122 and 4D20-1670

[May 6, 2021]

Consolidated appeals from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Laurie E. Buchanan, Judge; L.T. Case No. 472018CA000085CAAXMX.

Margaret M. Bichler of Trelles & Bichler, North Palm Beach, for appellant.

Tricia J. Duthiers and Elizabeth A. Henriques of Liebler Gonzalez & Portuondo, Miami, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***